# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Case No. 1:25-cv-03393 -PAB

TURNITIN, LLC, a California limited liability company

    Plaintiff,

vs.

TURNITIN, LLC, a Colorado limited liability company, and LIU WENHUI, a Colorado resident,

    Defendants.

## SUMMONS IN A CIVIL ACTION

    TO: TURNITIN, LLC, a Colorado limited liability company

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Melissa L. Cizmorris
    AKERMAN LLP
    1900 Sixteenth Street, Ste. 950
    Denver, Colorado 80202
    melissa.cizmorris@akerman.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: 10/27/2025

s/ E. Gutho
Signature of Clerk or Deputy Clerk